# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| GURINDER JOHAL, personal representative of the Estate of AMARJEET JOHAL and DILJOT SEKHON, personal representative of the Estate of AMARJIT SEKHON, and JASPREET SEKHON, personal representative of the Estate of JASVINDER KAUR, and MARY 'CAROL' WEISERT, personal representative of the Estate of JOHN WEISERT, and MATTHEW D. ALEXANDER, personal representative of the Estate of KARLI SMITH, <br><br>          Plaintiffs, <br><br>  v. <br><br>FEDEX CORPORATION, a Delaware Corporation, FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation, and FEDERAL EXPRESS CORPORATION, a Delaware Corporation, and FEDEX CORPORATE SERVICES, INC., a Delaware Corporation, and SECURITAS SECURITY SERVICES, USA, a Delaware Corporation, <br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:22-cv-00716-JRS-MG ) ) ) ) ) ) ) ) ) ) ) |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE INITIAL PRE-TRIAL CONFERENCE AND TO EXTEND TIME TO FILE CASE MANAGEMENT PLAN

The Court, having reviewed Plaintiffs, Gurinder Johal, personal representative of the Estate of Amarjeet Johal, Diljot Sekhon, personal representative of the Estate of Amarjit Sekhon, Jaspreet Sekhon, personal representative of the Estate of Jasvinder Kaur, Mary 'Carol' Weisert, personal representative of the Estate of John Weisert, and Matthew D. Alexander, personal representative

of the Estate of Karli Smith ( collectively "Plaintiffs"), Defendant FedEx Corporation, Federal Express Corporation, FedEx Corporate Services, Inc. (collectively "Federal Express"), and FedEx Ground Package System, Inc.'s ("FedEx Ground"), Unopposed Motion to Continue Initial Pre-Trial Conference and to Extend Time to File Case Management Plan, being duly advised in the premises, now finds that said Motion should be, and hereby is, GRANTED.

IT IS, THEREFORE, ORDERED by this Court that:

1. The Initial Pre-Trial Conference is now continued and will be reset after this Court issues its ruling on the pending Motions to Dismiss filed by Defendants, Federal Express and FedEx Ground.

2. The Case Management Plan will be due no fewer than seven (7) days prior to the initial pre-trial conference.

Date: 7/5/2022

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record