UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GURINDER JOHAL personal representative of the Estate of Amarjeet Johal, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:22-cv-00716-JRS-MG ) |
| SECURITAS SECURITY SERVICES USA, INC., | ) ) ) |
| Defendant. | ) ) ) |
| GURINDER SINGH BAINS from Case#1:23-cv-637 MPB-MJD, HARPREET SINGH from Case#1:23-cv-637 MPB-MJD, DILPREET KAUR from Case#1:23-cv-637 MPB-MJD, LAKHWINDER KAUR from Case#1:23-cv-637 MPB-MJD, | ) ) ) ) ) ) ) ) |
| Consol Plaintiffs, | ) ) |
| v. | ) ) |
| SECURITAS SECURITY SERVICES, USA, INC. from Case#1:23-cv-637 MPB-MJD, | ) ) ) |
| Consol Defendant. | ) |

**REPORT AND RECOMEMNDATION**

During a telephonic status conference on November 7, 2023, the parties reported to the Court that a settlement had been reached during private mediation, however Plaintiff Gurinder Johal failed or refused to return the signed settlement documents. [*See* Filing No. 126.]

On November 9, 2023, the Court ordered Plaintiff Johal and his counsel to appear on November 20, 2023 for an ex parte conference to discuss the status of the settlement agreement.

[Filing No. 126.] Plaintiff Johal failed to appear; however, the Court took no further action at that time, and awaited pleadings in response to the case status. [Filing No. 129.]

On January 8, 2024, the Court held a status conference, and considering Plaintiff Johal's counsel's anticipated motion to withdraw, the Court granted Plaintiff's Motion to Stay, to be reset once Plaintiff or new counsel appeared for a status conference. [Filing No. 131.] On January 13, 2024, Plaintiff's counsel filed a Motion to Withdraw Appearance.[1] [Filing No. 133.] The Court subsequently provided an opportunity to respond to this motion by January 19, 2024, and ordered Plaintiff Johal to attend a status conference set for January 24, 2024. [Fling No. 134.]

Plaintiff Johal failed to appear for the status conference on January 24, 2024. On January 29, 2024, the Court granted Plaintiff's counsel's Motion to Withdraw Appearance. [Filing No. 150.] On that same day, the Court issued an Order to Show Cause Hearing, directing Plaintiff Johal to appear on February 14, 2024 and show cause why the matter should not be dismissed for failure to prosecute, and failure to attend the status conference on January 24, 2024. [Filing No. 151.]

Plaintiff Johal failed to appear for the Show Cause Hearing on February 14, 2024. During the hearing, Defendant requested the Court consider a dismissal under Rule 41(b), to which the Court took under advisement. [Filing No. 152.] Nothing has since been filed, or received by the Court, to suggest that Plaintiff will continue prosecuting his case.

Accordingly, notice having been provided to the Plaintiff Johal pursuant to the Court's January 29, 2014 and February 15, 2024 Orders, [Dkt Nos. 151 & 152], the Magistrate Judge recommends that Plaintiff Johal's claims against Defendant Securitas Security Services USA, Inc.

---

[1] Plaintiff's counsel notified the Court that the Estate and beneficiaries were advised to immediately seek substitute counsel, however, there had been no contact from the Estate representative (Plaintiff Johal) or the individual beneficiaries in response to the withdrawal letter. [Filing No. 133 at 2.]

be dismissed, without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

## CONCLUSION

For the reasons detailed above, the undersigned recommends that Plaintiff Johal's claims against Defendant Securitas Security Services USA, Inc. be **DISMISSED, without prejudice.**

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file timely objections within fourteen (14) days after service shall constitute waiver of subsequent review absent a showing of good cause for such failure.

Date: 3/15/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via U.S. Mail**:

GURINDER JOHAL
7213 Birch Hall Circle
Indianapolis, IN 46259

**Distribution via ECF to all counsel of record.**