UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GURINDER JOHAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00716-JRS-MG |
| | ) | |
| SECURITAS SECURITY SERVICES USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Order Adopting Report and Recommendation**

On March 15, 2024, the Magistrate Judge submitted his Report and Recommendation, (ECF No. 153), regarding Gurinder Johal's failure to appear at several hearings, including an Order to Show Cause hearing, (ECF No. 152). The Parties having filed no objections within fourteen days of service of the Report and Recommendation, the Court hereby adopts the Magistrate Judge's Report and Recommendation in full. Plaintiff Johal's claims against Defendant Securitas Services USA, Inc. are **dismissed without prejudice.**

Johal's claims were the last remaining in this set of consolidated cases. Final judgment, reciting the disposition of all claims, Fed. R. Civ. P. 54(b), shall issue with this Order.

**SO ORDERED.**

Date: 04/05/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GURINDER JOHAL
7213 Birch Hall Circle
Indianapolis, IN 46259

Christine Riesner Bond
Kopka Pinkus Dolin PC
crbond@kopkalaw.com

Christopher T Byrd
Weinberg, Wheeler, Hudgins, Gunn and Dial
cbyrd@wwhgd.com

Daniel Sherwood Chamberlain
COHEN & MALAD LLP
dchamberlain@cohenandmalad.com

Jay Jyoti Chaudhuri
Cohen Milstein Sellers & Toll
jchaudhuri@cohenmilstein.com

Rachael Flanagan
Cohen Milstein Sellers & Toll, PLLC
rflanagan@cohenmilstein.com

Robert Watson Foster, Jr
Nelson Mullins Riley & Scarborough LLP
robbie.foster@nelsonmullins.com

Melvin Hewitt, Jr
Isenberg & Hewitt, P.C.
mel@isenberg-hewitt.com

Richard K. Hines
Nelson Mullins Riley & Scarborough, LLP
richard.hines@nelsonmullins.com

Adam Spencer Ira
Frost Brown Todd LLP
aira@fbtlaw.com

Leslie M Kroeger

Cohen Milstein Sellers & Toll PLLC
lkroeger@cohenmilstein.com

Scott Douglas MacLatchie, II
Nelson Mullins
scott.maclatchie@nelsonmullins.com

Paul D. Mackowski
Amundsen Davis, LLC
pmackowski@amundsendavislaw.com

Poorad Razavi
Cohen Milstein Sellers & Toll PLLC
prazavi@cohenmilstein.com

Eric A. Riegner
Frost Brown Todd LLP
eriegner@fbtlaw.com

Robert B. Thornburg
Frost Brown Todd LLP
rthornburg@fbtlaw.com

Joseph N. Williams
Williams Law Group, LLC
joe@williamsgroup.law